The case was submitted on the papers filed, accompanied by a memorandum of law.

*Lee Fort*, pro se.


JAY PATRICK MELLEN *vs.* THOMAS F. REILLY. November 12, 2009. *Supreme Judicial Court,* Appeal from order of single justice.

The plaintiff filed, in the county court, a "complaint pursuant to MGL 275 Section § 1, Justices keeping public peace; security."[1] A single justice denied relief.

The plaintiff's submissions, both in the county court and in this court, fail to establish any basis for relief. He does not provide any evidence to support his assertions or to demonstrate that he is entitled to the relief that he seeks.

---

[1]The complaint names as the defendant an attorney who is a former Attorney General of the Commonwealth, alleging that the defendant, then acting in his official capacity, is responsible for crimes being perpetrated against the plaintiff.

Furthermore, his arguments do not rise to the level of adequate appellate argument, and we thus need not address them. See Mass. R. A. P. 16 (a) (4), as amended, 367 Mass. 921 (1975). The single justice did not err in denying the relief sought.

*Judgment affirmed.*

*Douglas S. Martland*, Assistant Attorney General, for the defendant.

*Jay Patrick Mellen*, pro se, submitted a brief.